IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHRISTIN BALLARD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 121-119 |
| EVAN JOSEPH, Warden; GEOFFREY A. ALLS; and, MELVIN KESNER, | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, **DENIES AS MOOT** the motion to proceed *in forma pauperis*, (doc. no. 2), and **CLOSES** this civil action.

SO ORDERED this 10th day of November 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA